KARAL Hasani Efia Battle-El
2985 Euclid Ave. #22
San Diego, Ca.          92105
(619) 993-7811

FILED
2007 OCT 19 AM 11: 12
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

KARAL HASANI EFIA BATTLE-EL )
2985 Euclid Ave. #22        )
San Diego, Ca.        92105 )
                            )
    Plaintiff, in pro se.   )
                            )           '07CV 2029 IEG      NLS
         -v-                )        Case No. _____
                            )
Merit Transportation LLC    )
10330 So. 152th Street      )
Omaha, Ne.        68138     )        COMPLAINT FOR RELIEF UNDER
(888) 767-3297              )        THE FREEDOM OF INFORMATION
                            )        ACT. 5 U.S.C. §552.
    Defendant, et,. al.     )

Plaintiff alleges:

   As of 01/24/2007, Defendants have and are unlawfully withholding documents for which Defendants based their termination of Plaintiff's employment, in violation of the FREEDOM OF INFORMATION ACT., 5 U.S.C. § 552. And that Plaintiff is entitled to any and all documents whether paper and/or electronic improperly withheld by Defendants.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

```
KARAL HASANI EFIA BATTLE-EL  )        CIVIL ACTION NO. _____
2985 EUCLID AVE. #22         )
SAN DIEGO CA. 92105          )
                             )
    PLAINTIFF, IN PRO SE     )        JUDGE _____
                             )
VS                           )
                             )
MERIT TRANSPORTATION LLC     )
10330 SO 152TH ST.           )
OMAHA, NE 68138              )
(888-767-3297)               )
                             )
    DEFENDANT, ET.,AL.       )
```

COMPLAINT FOR INJUNCTIVE RELIEF


1. THIS IS AN ACTION UNDER THE FREEDOM OF INFORMATION ACT. 5 U.S.C. §552, FOR INJUNCTIVE RELIEF AND OTHER APPROPRIATE RELIEF AND SEEKING THE DISCLOSURE AND RELEASE OF AGENCY RECORDS, IMPROPERLY WITHHELD FROM PLAINTIFF BY DEFENDANT(S).


JURISDICTION AND VENUE


2. THIS COURT HAS BOTH SUBJECT MATTER JURISDICTION OVER THIS ACTION AND PERSONAL JURISDICTION OVER THE PARTIES PURSUANT TO 5 U.S.C. §552. THIS COURT ALSO HAS JURISDICTION OVER THIS ACTION PURSUANT TO 28 U.S.C. §1331. VENUE LIES IN THIS DISTRICT UNDER 5 U.S.C. §552, FREEDOM OF INFORMATION ACT.

3. ON 01/24/2007, PLAINTIFF VERBALLY REQUESTED COPIES OF DOCUMENTS FOR WHICH DEFENDANTS BASED THEIR TERMINATION OF PLAINTIFF'S EMPLOYMENT. WITNESSED BY (4) OMAHA, NE. SHERIFFS DEFENDANTS, AT THAT TIME IN SAID PRESENTS OF SAID (4) SHERIFFS DID STATE THAT HE (GARY) DEFENDANT(S), WOULD PROVIDE SAID DOCUMENTS, BOTH PAPER AND ELECTRONIC.

4. DEFENDANTS ARE BASED IN OMAHA , NE. PLAINTIFF RESIDES IN SAN DIEGO, CA., AND DEFENDANTS HAVE NOT COMPLIED NOR EVEN ATTEMPTED TO ACKNOWLEDGE ANY <u>FREEDOM OF INFORMATION ACT</u> REQUEST EVEN UNTIL TODATE.

NOT WITHSTANDING THE FACT THAT PLAINTIFF INFORMED DEFENDANTS IN WRITTING OF HIS ENTRY AS HIS OWN ATTORNEY IN THIS (<u>F.O.I.A.</u>) REQUEST.

## <u>PLAINTIFF'S F.O.I.A. APPEALS</u>

5. 06/19/07, TO EQUAL OPPORTUNITY COMMISSION AND DEFENDANTS.
6. 07/13/07, HINTED FOR HELP FROM CLERKS OFFICE, U.S. DISTRICT COURT, SACRAMENTO, CA.
7. 07/13/07, TO SOLICITOR OF LABOR, U.S. DEPARTMENT OF LABOR.
8. 07/13/07, TO MERIT TRANSPORTATION LLC (DEFENDANTS)
9. 07/13/07, TO EOC INVESTIGATION, LINCOIN, NE.
10. 07/13/07, TO SUBCOMMITTEE ON GOVERNMENT INFORMATION, JUSTICE & AGRICULTURE, U.S. HOUSE OF REPERSENTATIVES, WASHINGTON, D.C.
11. 07/13/07, TO SUBCOMMITTEE ON TECHNOLOGY AND THE LAW COMMITTEE ON JUDICIARY, U.S. SENATE, WASHINGTON, D.C.
12. 08/09/07, TO ATTORNEY GENERAL JON BRUNING, LINCOLN, NE.

## RELIEF REQUESTED

WHEREFORE, PLAINTIFF PRAYS THAT THIS COURT:

A: ORDER DEFENDANT(S) TO DISCLOSE THE REQUESTED RECORDS IN THEIR ENTIRETIES AND MAKE COPIES AVAILABLE TO PLAINTIFFF.

B: PROVIDE FOR EXPEDITIOUS PROCEEDING IN THIS ACTION.

C: AWARD PLAINTIFF HIS COSTS AND REASONABLE ATTORNEY FEES INCURRED IN THIS ACTION.

D: GRANT SUCH OTHER RELIEF AS THE COURT MAY DEEM JUST AND PROPER.

RESPECTFULLY SUBMITTED

PLAINTIFF IN THIS ACTION:
MR. KARAL HASANI EFIA BATTLE-EL
2985 EUCLID AVE. #22
SAN DIEGO, CA. 92105

06/19/07

TO:   EQUAL OPPORTUNITY COMMISSION
      MR. LANCE KNAPP, EOC INVESTIGATOR
      STATE OFFICE BLDG., 5th FLOOR
      301 CENTENNIAL MALL SOUTH
      P.O. BOX 94934
      LINCOLN, NE. 68509-4934
      (FAX 402 471 4059 )


FROM:
      KARAL HASANI EFIA BATTLE EL
      2985 EUCLID AVE # 22
      SAN DIEGO, CA. 92105


SUBECT:
      COUNSEL, PRO SE / and PROCLAMATION OF INDIGENCY./
      FOIA REQUEST.


ITEM:
      MERIT TRANSPORATION COMPANY LLC
      10330 SOUTH 152nd STREET
      OMAHA, NE 68138


   DEAR METIT TRANSPORATION COMANY LLC, AND MR. LANCE KNAPP OF THE EQUAL OPPORTUNITY COMMISSION, I DO DEPOSE AND SAY THAT I KARAL HASANI EFIA BATTLE EL AM ENTERING AS ME OWN ATTORNEY IN THIS MATTER AS OF SAID DATE, AND IN ACCORDANCE WITH SAID POSITION AND RESPONSIBILITY I THEREFORE MAKE THE FOLLOWING DEMANDS UNDER THE FEDERAL FREEDOM OF INFORMATION ACT (quote ommitted).....
THAT:

   (1).   ANY AND ALL RECORDS PERTAINING TO MR. KARAL HASANI EFIA
          BATTLE EL, TRUCK # 4085, DRIVER ID  EATKA1. #372586072.


   AND DEMAND THAT YOU RESPOND WITHIN THE TIME GUIDELINES OF SAID FEDERAL FREEDOM OF INFORMATION ACT. ( quote ommitted ).... BY MAIL TO: MR. KARAL HASANI EFIA BATTLE EL.

   SINCERELY
   /s/ Karal Battle El
   MR. KARAL HASANI EFIA BATTLE EL

07/13/07

SOLICITOR OF LABOR
U.S. DEPARTMENT OF LABOR
200 CONSTITUTION AVE.
N.W. ROOM 2428
WASHINGTON, D.C. 20210

ATT: FREEDOM OF INFORMATION ACT APPEAL.

DEAR SIRS:

THIS IS AN APPEAL UNDER THE FREEDOM OF INFORMATION ACT, 5 U.S.C. SECTION 552; and THE PRIVACY ACT, 5 U.S.C. SECTION 552(a).

ON 06/19/07, I REQUESTED DOCUMENTS UNDER THE F.O.I.A. FROM:
    MERIT TRANSPORTATION LLC
    10330 SO. 152th STREET    (see enclosed exhibits a.b.& c
    OMANA, NE. 68138

I ALSO SENT A COPY TO MR. LANCE KNAPP, EOC INVESTIGATOR, IN ORDER TO REQUEST HIS ASSISTANCE IN THIS MATTER. ( exhibit a)

I AM ENTITLED TO SAID RECORDS?DOCUMENTS AS STATED IN THE SUBJECT OF (exhibit a)

I AM TAKING THESE STEPS AS A LAST RESORT TO THE

UNITED STATES DISTRICT COURT.

THANK YOU FOR YOUR CONSIDERATION IN THIS APPEAL .

SINCERELY,

MR. KARAL H. E. BATTLE EL
2985 EUCLID AVE #22
SAN DIEGO, CA. 92105
(619-993-7811)

cc file:
see all attched to
page (2)

page (2)

cc file:


MERIT TRANSPORTATION LLC
10330  So. 152th St.
OMAHA, NE 68138
(888-767-3297)

EOC
MR. LANCE KNAPP
EOC INVESTIGATION
STATE OFFICE BLDG. 5th FLOOR
301 CENTENNIAL MALL SO.
P.O. BOX  94934
LINCOLN, NE.  68509=4934
(fax# 402-471-4059)


SUBCOMMITTEE ON GOVERNMENT INFORMATION
JUSTICE & AGRICULTURE
COMMITTEE ON GOVERNMENT OPERATIONS
U.S. HOUSE OF REPERSENTATIVES
WASHINGTON, D.C.  20515
(202-225-3741)


SUBCOMMITTEE ON TECHNOLOGY AND THE LAW
COMMITTEE ON JUDICIARY
U.S. SENATE
WASHINGTON, D.C.  20510
(202-224-3406)

07/13/07

CLERKS OFFICE
U.S. DISTRICT COURT
501 I STREET
SUITE 4 - 200
SACRAMENTO, CA.  95814
(916-930-44042)


MR. KARAL H. E. BATTLE-EL
2985  EUCLID AVE #22
SAN DIEGO, CA.   92105
(619-993-7811)


SUBJECT:

      REQUEST FOR COPY(s) OF
      U.S. DISTRICT COURT RULES
      ANY OTHER INFORMATION WITH
      ACCORDANCE TO COURT RULES
      GOVERNING PROCEDURE/CONTENT.


DEAR CLERK OF THE COURT:

I AM AN UNEMPLOYED PROFESSIONAL DRIVER, X U.S. MARINE, VIET NAM ERA VET, *pro se*, LITIGANT, WHO MUST FILE HIS COMPLAINT IN *forma pauperis*, WHICH CONCERNS MY FORMER EMPLOYER FOR RACIAL DISCRIMINATION. THEREFORE PLEASE CONSIDER SUBJECT.


      THANK YOU IN ADVANCE FOR YOUR CONSIDERATION IN THIS MATTER.


SINCERELY,

MR. KARAL HASANI EPIA BATTLE-EL

EXHIBIT A & B
B & C

**Receipt 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
MERIT TRANSPORTATION LLC
10330 SO. 152TH ST.
OMAHA NE 68138

(FOIA REQUEST)

2. Article Number (Transfer from service label): 7006 3450 0001 0388 5929

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X Ralph Lang — ☐ Agent ☐ Addressee
B. Received by (Printed Name): Ralph Lang
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☐ Certified Mail  ☐ Express Mail  ☐ Registered  ☑ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15

---

**Receipt 2:**

EXHIBIT

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
E.O.C.
MR. LANCE KNAPP
EOC INVESTIGATOR
STATE OFFICE BLDG, 5TH FL.
301 CENTENNIAL MALL SO
P.O. BOX 94934
LINCOLN, NE 68509-4934

(FOIA REQUEST)

2. Article (Transfer...)

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X Toni A Higgins — ☐ Agent ☐ Addressee
B. Received by (Printed Name): Toni A. Higgins
C. Date of Delivery: JUN 22 2007
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☐ Certified Mail  ☐ Express Mail  ☐ Registered  ☑ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form    595-02-M-154

**U.S. Department of Labor**      Office of the Solicitor
Washington, D.C. 20210

Appeals Unit
Freedom of Information Act / Privacy Act
200 Constitution Ave., N.W., Rm. N-2428
Phone: 202-693-5503
Fax: 202-693-5538



July 27, 2007

To:    KARAL H.E. BATTLE
       2985 EUCLID AVENUE #22
       SAN DIEGO, CA  92105

From:  Raymond E. Mitten Jr.
       Director, FOIA Appeals Unit

Re:    Your Appeal to the Solicitor of Labor under the Freedom
       of Information Act and/or Privacy Act

       MERIT TRANSPORTATION LLC

Date of your letter:       7/13/2007

Appeal Reference No.:   070263

This is to acknowledge receipt of your letter appealing a denial of information by a Department of Labor official. Your appeal is being processed.

The law generally requires that appeals be sequenced for action on a first-in first-out basis, consistent with the guidance provided by the courts. *See Open America v. Watergate Special Prosecution Force,* 547 F.2d 605 (D.C. Cir. 1976). You should be aware that the number of appeals currently awaiting review and decision is very substantial. We are authorized, however, to schedule for faster action those appeals which require limited staff time -- i.e., those that involve limited scope or complexity.

Should you have any questions about the status of your appeal, have any additional information which you believe should be brought to our attention, or wish to limit or withdraw your appeal, please contact this office at the phone or address listed above.

To help us serve you, please direct your inquiries to Linda Robinson at the number noted above, and use our appeal reference number. Thank you.

**U.S. Department of Labor**  Office of the Solicitor
Washington, D.C. 20210

JUL 3 0 2007

Mr. Karal H.E. Battle El
2985 Euclid Ave., #22
San Diego, CA 92105

Re: FOIA Appeal No. 070263

Dear Mr. Battle El:

This decision is in response to your letter dated July 13, 2007, appealing to this office a request made under Freedom of Information Act (FOIA) to the Equal Opportunity Commission of Lincoln, Nebraska, and to Merit Transportation, L.L.C.

The jurisdiction of this office is limited to appeals of requests made of components of the United States Department of Labor. See 29 C.F.R. 70.2, 29 C.F.R. 70.22. In your appeal letter, you indicate that you are appealing requests made of private parties and state government entities. Thus, since we have no jurisdiction over your appeal, it is being dismissed. If you have made a request for documents from a component of the U.S. Department of Labor, and wish to appeal that determination, you are free to file another appeal with this office, pursuant to DOL regulations.

This appeal decision constitutes final agency action for purposes of judicial review. We do not consider this to be a denial of your request, but if you do, the Freedom of Information Act provides for judicial review of administrative decisions denying a request in whole or in part. 5 U.S.C. § 552(a)(4)(B). You have the option of seeking judicial review of this determination by filing suit against the Department of Labor. A complainant may bring suit in the district court of the United States in the jurisdiction in which the complainant resides or has his or her principal place of business, or in which the agency records are maintained, or in the District of Columbia.

Sincerely,

Raymond E. Mitten Jr.
Director

08/09/07

ATTORNEY GENERAL JON BRUNING
2115 STATE CAPITAL
LINCOLN, NEBRASKA 68809


MR. KARAL HASANI EFIA BATTLE-EL
2985 EUCLID AVE # 22
SAN DIEGO, CALIFORNIA   92105


SUBJECT: (F.O.I.A.) VIOLATIONS BY:   MERIT TRANSPORTATION LLC
                                     10330 So. 152nd Street
                                     OMAHA, NE.        68138
                                     ( 888-767-3297 )


SUBJECT: FURTHER RETALIATION BY:     MERIT TRANSPORTATION LLC


   DEAR SIR:

THE INITIATOR OF THE ORIGINAL COMPLAINT, MR GEORGE SCHRIVER, WAS THREATENED BY MERIT TRANSPORTATION THAT IF HE TESTIFIED IN MY BEHALF HE (GEORGE SCHRIVER) WOULD NEVER WORK IN THE STATE OF NEBRASKA AGAIN. THIS MASSAGE WAS RELAYED TO ME VIA CELL PHONE BY MR GEORGE SCHRIVER. ( EXHIBITS A&B )

   ADDITIONALLY, A NUMBER OF PROSPECTIVE EMPLOYERS HAVE SIMPLY NOT CALLED BACK AFTER CONTACTING MERIT.

   ALSO, THIS IS AN APPEAL UNDER THE FREEDOM OF INFORMATION ACT 5 U.S.C. §552. IT HAS BEEN SIX MONTHS AND MY REQUEST HAVE NOT BEEN HONORED. THE REQUESTED DOCUMENTS MUST BE DISCLOSED UNDER (F.O.I.A.) AND THAT I AM ENTITLED TO WAIVER OF ANY FEES.

   PLEASE REVIEW ATTACHED COPIES FOR HISTORY OF F.O.I.A. REQUEST THANK YOU FOR YOUR CONSIDERATION IN THIS MATTER.

   SINCERELY,

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
KARAL HASANI EFIA BATTLE-EL
2085 EUCLID AVE #22
SAN DIEGO, CA 92105 (619) 993-7811

(b) County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
PLAINTIFF IN PRO SE

## DEFENDANTS
MERIT TRANSPORTATION  2007 OCT 19 AM 11:12
10330 SO 152th ST
OMAHA, NE 68135 (788) 767-3297

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
07CV 2029 IEG NLS
N/A

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☒ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
5 U.S.C. 552
Brief description of cause:
VIOLATION AND UNLAWFUL WITHHELD DOCUMENTS

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ DUE REDRESS
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE N/A
DOCKET NUMBER N/A

DATE
SIGNATURE OF ATTORNEY OF RECORD
PLAINTIFF: Karal H. E. Battle

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____