Karal Hasani Efia Battle-El
2985 Euclid Ave. #22
San Diego, Ca.        92105
(619) 993-7811

FILED

2007 OCT 19 AM 11: 12

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

KARAL HASANI EFIA BATTLE-EL )
2985 Euclid Ave. #22         )
San Diego, Ca.     92105     )
                             )
    Plaintiff, in pro se.    )
                             )
        -v-                  )
                             )
Merit Transportation LLC     )
10330 So. 152th Street       )
Omaha, Ne.         68138     )
(888) 767-3297               )
                             )
    Defendant, et,.al.       )

Case No. '07CV 2029 IEG NLS

MOTION AND DECLARATION UNDER PENALTY OF PERJURT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, KARAL HASANI EFIA BATTLE-EL, declare that I am the Plaintiff in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. §1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I am entitled to redress.

IN FURTHER SUPPORT OF THIS APPLICATION, I STATE THE FOLLOWING UNDER PENALTY OF PERJURY;

1.   That I have been unemployed since 01/24/2007.

2.   Name of last employer is the Defendant(s) in this case and gross wages for 2006, was 35,234.00.

3. In the past twelve months I've received no monies other than Defendants unemployment insurance which was about $1,096.00, per month and stopped as of 08/07.

4. I do not have any checking accounts.

5. I do not have any saving/IRA/money market/CDS' separate from checking accounts.

6. I own a 1993 chevy station wagon, worth about $1,600.00.

7. I do not own any real estate, stocks, bonds, securitirs, or any other valuable property.

8. Persons who are dependent on me for support are a three year old son, Hasani Tiquic Joseph Battle-El and a one year old daughter Khaira Sankara Yevett Battle-El, who lives with Dad.

9. Other debts and current obligations are:
   a. Son's child support amount of $419.00 per month.
   b. I.R.S. in the amount of $1,400.00.
   c. Veteran's Administration for disability pension in the amount of $2,200.
   d. Rent for appartment is $825.00 per month.
   e. insurance of station wagon is $199.00 per three months.

10. I do not have any other assets of items of value( specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, artwork or any other assets, ( including any items of value held in someone else's name). I was a homeless veteran seven years ago.

11. My daughter's mother Ms. Michell Williams is helping hold down the fort while I seek redress in the Courts.

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT AND UNDERSTAND THAT A FALSE STATEMENT HEREIN MAY RESULT IN THE DISMISSAL OF MY CLAIMS.

10/19/07   *[signature]*