Karal Hasani Efia Battle-El
2985 Euclid Ave #22
San Diego, Ca.      92105
(619) 993-7811

NUNC PRO TUNC
NOV 3 0 2007

FILED
07 DEC -5 PM 4: 13
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Karal Hasani Efia Battle-El )
2985 Euclid Ave. #22 )
San Diego, Ca.   92105 )
  )
   Plaintiff, in pro se. )
  )
   vs )
  )
Merit Transportation LLC )
10330 So. 152th St. )
Omaha, Ne.      68138 )
(888) 767-3297 )
  )
   Defendant, et,. al. )

Case No. '07 CV 2029 IEG (NLS)

<u>FIRST AMENDED COMPLAINT FOR
INJUNCTIVE AND OTHER APPROPRIATE
RELIEF THE COURT DEEMS JUST.</u>

Plaintiff alleges:

On <u>01/24/07,</u> Plaintiff demanded copies of electronic and paper records used as basis for Plaintiff's termination of employment. These verbal demands and agreements between Plaintiff and Defendant(s) Gary, were witnessed by four (4) Sheriffs of Omaha, Nebraska, called by Defendant(s).

Said documents were never provided despite continuous efford by Plaintiff. In support Plaintiff cites Hardyman v Collins, 183 F2d 308 CA.9 (CAL) and U.S.C.A for Due Process.

Plaintiff also cites U.S.C.A. Const. Art. 1 for constitutional right to said documents and finally, 29 U.S.C. §101(4) for consideration of Henderson v Sarle, N.Y. Sup. 1960, 197 N.Y.S.2d 916, 23 Misc. 2d 334, where union members sought inspection of books and records, however was Federal question. And that chapter did not preclude injunctive relief for racial discrimination for whom Civil Rights Act seeks to protect and assist. (N.L.R.A.).

Plaintiff alleges said unlawful termination was in retaliation for complaining about wage discrimination, see letter to U.S. Department of Labor/A.C.L.U./B.B.B. dated 02/26/07, exhibit (1).

Nance v E.P.A., C.A. 9 (1981). 645 F2d 701 certiorari denied 102 S. Ct. 635, 454 U.S.1081, 70 L ed 2d 615. for complaints against private corporations by private individuals, respectfully.

When Plaintiff informed Defendants of employment with Pace Express, via Mr. George Schriver, ( Defendants ace driver) Defendants made false promises to prevent employment with Pace Express in violation of 42 U.S.C.A. §1983, of the Civil Rights Act.

Mr. Lance Knapp, E.O.C. Investigator, was informed in writting that I was entering as my own Attorney of record and needed said documents for preparation of redress to the Courts. This fact went completely ignored in violation of 42 U.S.C.A. § 2000 e-5. The Equal Opportunity Commission of Lincoln, Nebraska should've obtain said documents from defendants to remedy this action.

RELIEF REQUESTED

WHEREFORE, Plaintiff Prays that the Court:

A: Order Defendant(s) to disclose the requested records in their entireties and make copies available to Plaintiff.

B: Provide for expeditious proceeding in this action.

C: Preserve discriminatory issues of religion and age pending with Mr. Lance Knapp of the Lincoln, Nebraska, E.E.O.C.

D: Award Plaintiff his costs and reasonable attorney fees incurred in this action.

E: Grant such other relief as the court may deem just and proper.

RESPECTFULLY SUBMITTED,

Plaintiff in this action
Mr. Karal Hasani Efia Battle-El
2985 Euclid Ave. #22
San Diego, Ca.   92105
(619) 993-7811

MAR 0 7 2007

EXHIBIT (1)

02/26/07

TO: U.S DEPARTMENT OF LABOR/ACLU

SUBJECT: WAGES DISCRIMINATION

ITEM: MERIT TRANSPORTATION
      OMAHA, NE.

FROM: KARAL BATTLE EL
      2985 EUCLID AVE #22
      SAN DIEGO, CA. 92105

DEAR SIR/MADAM:

ON 02/01/06, I WAS EMPLOYED BY MERIT TRANSPORTATION. WHEN I WAS HIRED, I WAS TOLD I WOULD GET 34 CPM. BY RECRUITING.

THE WAY PAYROLL WORKS AT MERIT, THERE'S NO WEEKLY VERIFICATION OF WAGES. THE FIRST SEVEN WEEKS I WAS WITH MERIT, THEY KEPT ME RUNNING AND ON THE ROAD. WHEN I FINALLY RAN BY THE HOUSE, I CHECKED MY PAY STUBS AND SAW I WAS GETTING PAID 31 CPM, INSTEAD OF 34 CPM.

AFTER ARGUING WITH THEM, THEY SAID THEY WERE GOING TO GIVE ME BACK PAY, APPROXIMATELY $2500.00 ON 08/09/06.

THEY ONLY PAID HALF OF MY BACK PAY AND MY PAY RATE WENT UP ONLY TO 33 C.P.M.

Every since I've had this problem with Merit, they leave me sitting alot and give me no miles. I average 1200-1500 miles a week, and so there are weeks when I don't get a check at all.

I am not making my road expenses and they are sending me to the poor house.

Before August I ran and made money, now they are starving me out and trying to get rid of me. I work hard always picking up and delivering on time, and I deserve to be paid.

This is wage discrimination. They think I won't stand up for myself. This is a quality of life issue.

In the meantime I'm running illegal runs to get produce to customer on time for pay. Or, doing so called "favors" which intale me maybe getting three hundered miles over a two day period, and changing legal logs to illegal ones.

So, I told them I was going to quit. Joel, my dispatcher took me inside the office to talk to the operations manager, who promised to "make things right" with my back pay and pay rate. However, he never did.

Finally I decided to leave Merit because of their deceit.

P 2

I FOUND EMPLOYMENT WITH PACE EXPRESS, TOOK PHYSICAL TEST AND DRUG SCREEN AND WENT TO MERIT TO TURN IN MY TRUCK. THIS IS WHEN JOEL TOOK ME TO SEE THE NEW OPERATIONS MANAGER WHO PROMISED ME TEN THOUSAND MILES A MONTH AT FIFTY THOUSAND DOLLARS A YEAR. AND HE WOULD "MAKE THINGS RIGHT" WITH MY BACK PAY AND PAY RATE.

BUT THIS DECEPTION WAS MOST DAMAGING BECAUSE IT CAUSE LOSE EMPLOYMENT WITH PACE EXPRESS AFTER I FOUND OUT. THAT AND A PERSONAL SITUATION MADE ME VERY, VERY UPSET. I STARTED THINKING ABOUT MILITARY AND OTHER BAD EXPERIENCES SO, INFORMED MERIT THAT I WOULD NOT TAKE ANOTHER LOAD BUT CARED ABOUT ONLY GETTING THEIR TRUCK BACK TO THEM. THEY REFUSED AND FORCE TO ME TAKE YET ANOTHER LOAD. THEN UPON ARRIVAL TO THE YARD GARY HAD THE SHERIFF'S DEPARTMENT FORCE ME TO CLEAN OUT MY TRUCK AND NEVER SET FOOT ON THEIR PROPERTY AGAIN.

I DON'T WANT THIS FIGHT, BUT I WILL FIGHT IT TO THE END.

THANK YOU.

CC FILE: ACLU
B.B.B.