```
 1  Karal hasani Efia Battle-El                        FILED
    2985 Euclid Ave. #22
 2  San Diego, CA.   92105                        2008 MAR 24  PM 3:07
    (619) 993-7811
 3                                                CLERK US DISTRICT COURT
                                                SOUTHERN DISTRICT OF CALIFORNIA
 4
                                                BY_____KNY_____DEPUTY
 5

 6

 7

 8
                    UNITED STATES DISTRICT COURT
 9
                   SOUTHERN DISTRICT OF CALIFORNIA
10

11

12  Karal Hasani Efia Battle-El
    2985 Euclid Ave. #22
13  San Diego, CA.   92105        Case No:  07-2029 IEG (NLS)

14      Plaintiff, in pro se.     File Date:  11/30/07

15           -vs-
                                  MOTION FOR COURT TO EFFECT
16  Merit Transportation LLC      SERVICE OF SUMMONS BY U.S.
    10330 So. 152th Street        MARSHAL  UNDER   28 U.S.C.
17  Omaha, NE. 68138              § 1915(c), and Rule 4 FRCP.

18      Defendant, et,.al.

19

20      TO THIS HONORABLE COURT:

21  NOW COMES, Plaintiff in pro se and MOVES this Honorable Court

22  to  Grant  this a Motion for this Court to  effect service of

23  Summons upon Defendant herein named.  And in Support of said

24  Motion states the following:

25      (1).  That said entitled Civil Action was filed on 11/30/07.

26      (2).  That Plaintiff was  Granted leave to Proceed in
```

1 Forma Pauperis.

2 This Court has not effected service of Summons upon the

3 Defendants.

4     (3). That Plaintiff did send said defendants a copy

5 of the original complaint with (2) copies each of a " Notice

6 of Lawsuit and request for waiver of service of summons " and

7 a " Waiver of service of summons " to sign and return to Plaint-

8 iff, by certified mail return receipt requested.

9     (4). Defendant refused to waive service and sent Plaintiff

10 a seeming copy of a Court document stating that defendant(s) are

11 filing for Bankruptcy and stated in part the following:

12     " 3. Nothing in this Suggestion of bankruptcy is to be

13         construed as a waiver of any claims or defenses that Merit

14         might have to the allegations in Plaintiff's First

15         Amended Complaint in the above-captioned proceeding. "

16

17     WHEREFORE   Plaintiff   PRAYS  this Honorable  Court

18 Grant the above entitle Motion to effect ervice of Summons

19 by U.S. Marshal under 28 U.S.C. §1915(c) and Rule 4 of the

20 Federal Rules of Civil Produdure.

21

22 Respectfully submitted,

23 [signature]

24 Plaintiff in pro se               03/24/08
   Karal Hasani Efia Battle-El         Date

25 2985 Euclid Ave. #22
   San Diego, CA. 92105

26 (619) 993-7811