1  Karal Hasani Efia Battle-El
2  2985 Euclid Ave. #22
   San Diego, CA.    29105
3  (619) 993-7811



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karal Hasani Efia Battle-El<br>2985 Euclid Ave. #22<br>San Diego, CA. 92105<br><br>   Plaintiff in pro se.<br><br>        -vs-<br><br>Merit Transportation LLC<br>10330 So. 152th St.<br>Omaha, NE. 68138<br>(888) 767-3297<br><br>   Defendant, et.,al. | Case No:  07-CV-2029 IEG (NLS)<br><br>File Date:  11/30/07<br><br>NOTICE OF MOTION, MOTION FOR COURT TO EFFECT SERVICE OF SUMMONS BY U.S. MARSHAL UNDER 28 U.S.C. §1915(c) and Rule 4 F.R.C.P. AND MEMORANDUM OF POINTS AND AUTHORITIES. |

   TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE, The above entitled cause should be heard by said Court or as soon as thereafter as the Court deems Just the following Motion for Court to effect service of Summons by United States Marshal. And in Support of said Motion makes the following Points of authorities:

MEMORANDUM OF POINTS AND AUTHORTIES

3  Under Rule 4 F.R.C.P., this Court is empowered to direct
4  the Marshal to serve the summons whenever the Court finds
5  it required. The United States Marshal can be called on to
6  serve the summons when the Plaintiff has been authorized to
7  proceed in forma pauperis pursuant to 28 U.S.C. §1915.
8      Plaintiff is a pro se litigant, and granted forma
9  pauperis Plaintiff cites Robinson v America's Best Contacts
10 and Eyeglasses, 876 F.2d 596 (CA7 1989) which involved the
11 Clerk requirements to issue the summons " forthwith " upon
12 the filing of the complaint, with subdivision(j), which requires
13 service of the summons within 120 days of the filing.
14     Rule 4 F.R.C.P., required the Defendants in this case to
15 avoid unnecessary costs of service of summons by signing and
16 returning said " Waiver of Service of Summons " and that the
17 cost of such service should be exacted agaist Defendants with
18 cost to United States Marshal and to Plaintiff for having to
19 draw-up documents to effect such said service of Summons.
20     Plaintiff cites Block v Boeing Military Airplane Co.,
21 671 F Supp. 19 (1987), in support of above Motion.

Respectfully submitted,

*/s/ signature*

Plaintiff in pro se
Karal hasani Efia Battle-El
2985 Euclid Ave. #22
San Diego, CA. 92105

03/24/08
/date