# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARAL HASANI EFIA BATTTLE-EL,<br>2985 Euclid Ave. #22<br>San Diego, Ca 92105<br>　　　　　　　　　　　　Plaintiff,<br>　　vs.<br><br>MERIT TRANSPORTATION LLC,<br>10330 So. 152th Street<br>Omaha, Ne.<br>(888) 767-3297<br>　　　　　　　　　　　Defendant, et al. | CASE NO. 07cv2029 IEG (NLS),<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR THE COURT TO EFFECT SERVICE**<br>(Doc. No. 7.) |

Presently before the Court is Plaintiff's Motion for Court to Effect Service of Summons. (Doc. No. 7.)

On November 9, 2008, the Court granted Plaintiff's motion to proceed in forma pauperis but dismissed Plaintiff's complaint for failure to state a claim. (Doc. No. 3.) On December 5, 2007, Plaintiff filed a First Amended Complaint wherein he alleges the Defendant failed to provide him with documents relevant to his termination in violation of his rights under federal law. (Doc. No. 5.)

Plaintiff filed the current motion on March 24, 2008, asking this Court to order that service be made by a United States Marshal.

Under Fed. R. Civ. P. (4)(c)(3), Plaintiff is entitled to U.S. Marshal service on his behalf. Lopez v. Smith, 203 F.3d 1122, 1126-27 (9th Cir. 2000) (en banc); 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process, and perform all duties in [IFP] cases."); Fed. R. Civ. P. 4(c)(2) (providing that "service be effected by a United States marshal, deputy Untied States marshal, or other officer specially appointed by the court . . . when the plaintiff is authorized to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.").

1    Accordingly, the Court GRANTS Plaintiff's motion. The Clerk shall issue a summons upon
2 Defendant MERIT TRANSPORTATION LLC, and forward it to Plaintiff along with a blank U.S.
3 Marshal Form 285. In addition, the Clerk shall provide Plaintiff with a certified copy of this Order,
4 and certified copies of his First Amended Complaint and the summons for purposes of serving the
5 Defendant. Upon receipt of this "IFP Package," Plaintiff is directed to complete the Form 285 as
6 completely and accurately as possible, and to return it to the United States Marshal according to the
7 instructions provided by the Clerk in the letter accompanying his IFP package. Thereafter, the U.S.
8 Marshal shall serve a copy of the Complaint and summons upon the Defendant as directed by Plaintiff
9 on the Form 285. All costs of service shall be advanced by the United States. See 28 U.S.C.
10 § 1915(d); Fed. R. Civ. P. 4(c)(2)..

**IT IS SO ORDERED.**

DATED: April 4, 2008

*Irma E. Gonzalez*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**