# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARAL HASANI EFIA BATTTLE-EL,<br><br>　　　　　　　　　　　　Plaintiff,<br>vs.<br><br>MERIT TRANSPORTATION LLC,<br><br>　　　　　　　　　　　　Defendant, et al. | CASE NO. 07cv2029 IEG (NLS),<br><br>**ORDER VACATING APRIL 4, 2008 ORDER**<br>(Doc. No. 8.) |

On April 4, 2008, this Court issued an order granting Plaintiff's Motion to Effect Service of Summons upon Defendant. (Doc. No. 8.) It has come to the Court's attention, however, that it was without jurisdiction to enter its April 4, 2008 Order as the result of Defendant's filing of a voluntary petition in the United States Bankruptcy Court for the District of Nebraska for reorganization relief under 11 U.S.C. § § 101-1330. Defendant's voluntary petition was filed on October 19, 2007. Defendant has provided notice of the filing and has furnished the Court with a copy of the of the petition. (Doc. No. 6.)

Under 11 U.S.C. § 362, the filing of a voluntary petition under the Bankruptcy Code operates as a stay of "the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [the Bankruptcy Code] . . . . 11 U.S.C. § 361(a)(1). Plaintiff's claims are unrelated to the now pending bankruptcy action. Therefore, because Plaintiff's case could have been commenced before the initiation of the case under the bankruptcy code, the filing of Defendant's voluntary petition serves to **STAY** this case until the bankruptcy case is closed or dismissed. 11 U.S.C. § 362(c)(2). Accordingly, the Court hereby **VACATES** its Order of April 4, 2008. (Doc. No. 8).

- 1 -

1 | Defendant is directed to file notice with this Court at the conclusion of proceedings in the bankruptcy court.

**IT IS SO ORDERED.**

**DATED: April 15, 2008**

*[signature]*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**