```
Karal Hasani Efia Battle-El
2985 Euclid Ave. #22
San Diego, CA.    92105
619-993-7811
```

FILED
08 JUL -2 PM 4:02
CLERK, U.S. DIST...
SOUTHERN DISTRICT OF CAL...

BY: ECL DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karal Hasani Efia Battle-El<br>2985 Euclid Ave. #22<br>San Diego, CA.    92105<br><br>        Plaintiff, in pro se.<br><br>              vs<br><br>Merit Transportation LLC<br>10330 So. 152th Street<br>Omaha, NE.   68138<br><br>        Defendant, et., al. | Case No:  07-CV-2029 IEG (NLS)<br><br>Chief Judge: Irma E. Gonzalez<br><br>File Date: NPT 11/30/07<br><br>REQUEST TO CLERK FOR AN<br>ENTRY OF DEFAULT |

Dear Clerk:

   Please enter the Default of the Defendants pursuant to Rule 55(a), of the federal Rules of Civil Procedure for their failure to plead or otherwise defend as appears from the attached declaration,  Defendant's failure to plead, answer or otherwise defend in the cause is required by law and Court Rules.

   On 05/06/08, at 12:07 p.m., the U.S. Department of Justice

1   via United States Marshals Service, duly and properly served
2   Mr. Jared Wills, Vice President of Operations, for Defendants.
3           As of todate Defendants have failed to plead or other-
4   wise defend this Civil Action in the United States Court.
5           In accordance with that the Plaintiff cites in support
6   of his Request for the Clerk to Enter His Default, F.R.C.P.
7   55(a).
8           Plaintiff also states that while employed with Defendants
9   in Omaha, Nebraska, Plantiff maintained his residence in San
10  Diego, California, and therefore, Defendants may not challenge
11  the jurisdiction in which to enforce this Clerk's Entry of
12  Default. Harper Macleod Solicitors v Keaty & Keaty, 260 F.3d
13  389, 395 (5th Cir. 2001).
14          Plaintiff cites 28 U.S.C.A. §1746, in support of his
15  Declaration in support of said Request to Clerk for Entry of
16  Default attached hereto.
17
18  Respectfully submitted,
19
20  /s/ [signature]
    Plaintiff In pro se
21  Karal Hasani Efia Battle-El
    2985 Euclid Ave. #22
22  San Diego, CA.   92105
23
    Dated:    07/02/08
24
25
26

## PROOF OF SERVICE BY CERTIFIED MAIL

## RETURN RECEIPT REQUESTED

FILED
2008 JUL -2 PM 4:02
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA
BY:          DEPUTY

1. I am over __18__ years of age and not a party to this action.

2. I am a resident of San Diego, California, County of San Diego.

3. On __07/02/08__ I mailed from the United States Post Office located in San Diego, California, at __FRONT STREET DOWN TOWN__ by certified mail return receipt requested No. __0011__   7008 1140 0001 8724
copies of the following documents:
(1) REQUEST TO CLERK FOR AN ENTRY OF DEFAULT.
(2) DECLARATION OF FAILURE TO PLED OR OTHERWISE DEFEND IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT.

4. The documents that are listed are attached to this Proof of Service by Certified Mail Return Receipt Requested.  TO:
MERIT TRANSPORTATION LLC
10330 SO. 152 TH ST.
OMAHA, NE 68138

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BEFIEF.

Date: __7-2-08__

Sign/Print: _Michelle Williams  Michelle Will___

Name: Michelle Williams
Addr: 2985 Euclid Ave #22
      San Diego, CA 92105
Phone: (619) 290-9757
Work: (619) 282-1885