```
                                            FILED

1   Karal Hasani Efia Battle-El              08 JUL -2 PM 4:02
    2985 Euclid Ave. #22
2   San Diego, CA. 92105                     CLERK U.S. DISTRICT...
    619-993-7811                             SOUTHERN DISTRICT OF CA...
3
                                          BY: ECL        DEPUTY
4
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karal Hasani Efia Battle-El<br>2985 Euclid Ave. #22<br>San Diego, CA. 92105 | Case No: 07-CV-2029 IEG (NLS)<br>Chief Judge: Irma E. Gonzalez |
| Plaintiff in pro se, | File Date: NPT 11/30/07 |
| vs | DECLARATION OF FAILURE TO PLEAD OR OTHERWISE DEFEND IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT |
| Merit Transportation LLC<br>10330 So. 152th Street<br>Omaha, NE. 68138 | |
| Defendant, et., al. | |

DEAR CLERK;

I, KARAL HASANI EFIA BATTLE-EL, Plaintiff in pro se, deposes and says the following:

1. That I am the Pro se Litigant (Attorney of record) and that I have personal knowledge of the facts set forth in this Declaration.

2. Plaintiff on 11/30/07 filed in this cause a Complaint

1  against the Defendants herein named.

2      3. Examination of the Court files and records in this
3  cause shows that the Defendants were served with a copy of
4  summons together with a copy of Plaintiff's Complaint on 05/
5  06/08.

6      More than 30 days have elapsed since the date on which
7  the Defendants were served with summons and a copy of the
8  Complaint.

9      The Defendants have failed to answer or otherwise defend
10  as to Plaintiff's Complaint, or serve a copy of any answer or
11  other defense that they might have had, upon Plaintiff Karal
12  Hasani Efia Battle-El, the pro se litigant.

13      4. This Declaration is executed by me in accordance
14  with Rule 55(a), of the Federal Rules of Civil Procedure, for
15  the purpose of enabling the Plaintiff to obtain an Entry of
16  Default against the Defendants, for their failure to answer
17  or otherwise defend as to Plaintiff's Civil Complaint, as
18  required by law.

19

20      I, KARAL HASANI EFAI BATTLE-EL, Plaintiff, in pro se
21  declare under penalty of perjury and the laws of the State
22  of California, that the foregoing is true and correct to the
23  best of my knowledge and belief.
24  Respectfully submitted,
25
26  Karal Hasani Effia Battle-El     dated: 07/02/08