```
Karal Hasani Efia Battle-El
5826 Streamview Dr. Apt. 143
San Diego, CA  92105
619 993-7811
```

FILED
08 AUG 18 PM 3:27
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karal Hasani Efia Battle-El<br>5826 Streamview Dr. Apt. 143<br>San Diego, CA. 92105<br><br>    Plaintiff, in pro se<br><br>        -vs-<br><br>Merit Transportation LLC<br>10330 So.  152th Street<br>Omaha, NE.    68138<br><br>    Defendant, et., al. | Case No 07-CV-2029 IEG (NLS)<br><br>Chief Judge: Irma E Gonzalez<br><br>File Date NPT 11/30/07<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO THE CLERK, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTECE: that effective 08/13/08, Plaintiff in pro se has relocated the apartment address.

All pleadings and correspondence should be sent to:

```
            5826 Streamview Dr. Apt 143
            San Diego, CA, 92105
```

Please update your Proof of Service list accordingly.

Dated: 08/13/08

Respectfully submitted,

/s/

Plaintiff in Pro se
Karal Hasani Efia Battle-El
5826 Streamview Dr. Apt 143
San Diego, CA. 92105

CERTIFICATE OF SERVICE    FILED

08 AUG 18 PM 3:27

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1. I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION.

2. I AM A RESIDENT OF SAN DIEGO, CALIFORNI, COUNTY OF SAN DIEGO.

3. ON 08-18-08 I MAILED FROM A REGULAR UNITED STATES POST OFFICE MAIL BOX, WITH POSTAGE THEREON FULLY PREPAID, UPON THE FOLLOWING DOCUMENTS

(A) NOTICE OF CHANGE OF ADDRESS

THE DOCUMENTS THAT ARE LISTED ARE ATTACHED TO THIS CERTIFICATE OF SERVICE AND ADDRESSED TO:

ATTORNEY FOR MERIT TRANSPORTATION LLC
ANDREW W. MULLER, NE. BAR #22550
1299 FARNAM STREET, 15TH FLOOR
OMAHA, NE. 68102

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

SIGN _Michelle Williams_
PRINT Michelle Williams
ADDRESS 5826 Streamview Dr #143
San Diego, CA 92105
PHONE (619) 209-9757
WORK (619) 282-1885
DATE 08/18/08